*Decisions on Petitions for Writs of Certiorari from October* 11, 1909, *to February* 20, 1910.

No. 457. AMERICAN WOOD WORKING MACHINERY COMPANY ET AL., PETITIONERS, *v.* THE UNION TRUST COMPANY ET AL. October 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Charles A. Douglas* for petitioners. No appearance for respondents.

———————

No. 458. WILLIAM F. GOESSLING, PETITIONER, *v.* THOMAS B. COLLIER. October 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Edward S. McCalmont* and *Mr. L. P. Loving* for petitioner. No appearance for respondent.

———————

No. 464. NOVELTY INCANDESCENT LAMP COMPANY, PETITIONER, *v.* THE EDISON ELECTRIC LIGHT COMPANY. October 18, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. A. Parker Smith* for petitioner. *Mr. Richard N. Dyer* and *Mr. John Robert Taylor* for respondent.

———————

No. 471. THE HENRY DuBOIS SONS COMPANY, CLAIMANT, ETC., PETITIONER, *v.* THE STEAM TUG EUGENE F. MORAN, MICHAEL MORAN, CLAIMANT, ET AL.; and No. 472. THE HENRY DuBOIS SONS COMPANY, CLAIMANT, ETC., PETITIONER, *v.* THE NEW YORK CENTRAL & HUDSON RIVER RAILROAD COMPANY ET AL. October 18, 1909. Petition for